FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR -4 AM 10: 20

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA



**FELONY**

### BILL OF INFORMATION FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-0561 |
| v. | * | SECTION: SECT. F MAG. 5 |
| MARK A. GRIFFIN | * | VIOLATION: 21 U.S.C. § 846 |
| | * | |

\* \* \*

The United States Attorney charges that:

## COUNT 1

### THE COCAINE CONSPIRACY

Beginning at a time unknown, but prior to on or about December 6, 2000 and continuing until the date of this Indictment, in the Eastern District of Louisiana, and elsewhere, the defendant, **MARK A. GRIFFIN,** did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the United States Attorney, to distribute five kilograms or more of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, in violation of

___ Fee _USA_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._____

Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Bill of Information is realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count 1, the defendant, **MARK A. GRIFFIN**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Bill of Information.

3. If any of the above described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.


*[signature]*
JIM LETTEN
United States Attorney
Bar. Roll No. 8517

*[signature]*
JAN MASELLI MANN
Chief, Criminal Division
Assistant United States Attorney
Bar Roll No. 9020

*[signature]*
WILLIAM J. QUINLAN, JR.
Assistant United States Attorney
Bar Roll No. 22600

New Orleans, Louisiana
March 4, 2010

# United States District Court
## FOR THE
### EASTERN DISTRICT OF LOUISIANA

No. _____

UNITED STATES OF AMERICA

vs.

MARK A. GRIFFIN

**BILL OF INFORMATION FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT**

Violation(s): 21 U.S.C. Section 846

Filed _____, 20 ___

_____, Clerk.

By _____, Deputy

WILLIAM J. QUINLAN, JR.
*Assistant United States Attorney*