

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILL OF INFORMATION
TO ESTABLISH PRIOR CONVICTION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 10-056 |
| v. | * | SECTION: "F" |
| MARK A. GRIFFIN | * | VIOLATION: 21 U.S.C. § 851(a) |

\* \* \*

The United States Attorney charges that:

## COUNT 1

On January 25, 1995, Mark A. Griffin was convicted of conspiracy to distribute cocaine base ("crack") and possession with the intent to distribute cocaine base ("crack") in violation of Title 21, United States Code, Sections 846 and 841(a)(1) in the United States District Court for the Eastern District of Louisiana, under case number 94-273. Griffin was later sentenced for these convictions to 67 months, on each count to run concurrently, in the custody of the United States Bureau of Prisons.

1

This bill of information is filed pursuant to the requirements of Title 21, United States Code, Section 851 (a).

---

JIM LETTEN
UNITED STATES ATTORNEY
Bar Roll Number 8517

---

JAN MASELLI MANN
Chief, Criminal Division
Assistant United States Attorney
Bar Roll Number 9020

---

WILLIAM J. QUINLAN, JR.
Assistant United States Attorney
Bar Roll Number 22600

New Orleans, Louisiana
July 20, 2010.

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this _____ day of _____ 20___.

Assistant United States Attorney

2

No. 10-056 "F"

# United States District Court

FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

MARK A. GRIFFIN

BILL OF INFORMATION TO
ESTABLISH PRIOR CONVICTION

Violation(s): 21 U.S.C. Section 851(a)

Filed _____, 20____

_____, Clerk.

By _____, Deputy

_____
WILLIAM J. QUINLAN, JR.
*Assistant United States Attorney*