UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 10-056 |
| v. | * | SECTION: "F" |
| MARK A. GRIFFIN | * | |
| | * | |

\* \* \*

## FACTUAL BASIS

If this case was to proceed to trial the Government would present credible testimony and reliable evidence to prove the following facts beyond a reasonable doubt;

For the last several years, the Drug Enforcement Administration (DEA) has conducted numerous narcotics investigation in the Houma/Terrebonne area. These investigations, which often included controlled purchases of multiple ounce quantities of cocaine base from numerous targets in the Houma area resulted in indictments of at least fifteen separate cocaine and cocaine base distributors. Following indictment, several of these defendants began cooperating with the DEA and provided information regarding their sources of supply for cocaine base. Several of the cooperating defendants identified Edward Lester Talley and Mark Griffin as their sources of supply.

1

In researching Talley's and Griffin's criminal histories, agents learned that both were arrested together in 2000 for possession of a large amount of cocaine hydrochloride. On December 6, 2000, Talley and Griffin were arrested together by the Houston Police Department after being found in possession of two kilograms of cocaine and approximately 106 pounds of marijuana after their rental vehicle (which contained the drugs) was burglarized in the parking lot of a Houston area motel. Talley and Griffin each pled guilty in Texas state court and served 2-3 years in state prison. Griffin was released in 2005 and resumed his supplying of cocaine in the Houma area through sources of supply based in Texas and distributing to known individuals in the Houma area.

After Talley was released from a Texas prison in 2006 Talley and Griffin began supplying cocaine obtained from a new source, a known cooperating defendant (KCD) from Texas that Talley met through his cell mate in prison while serving time for the conviction resulting from his December 6, 2000 arrest. The KCD was arrested by DEA in Texas in 2008 and detailed information regarding his cocaine customers, one of them being Talley. The KCD explained that he met Talley through a Honduran national who knew Talley. Through the course of their relationship, the KCD explained he supplied Talley between five and thirteen kilograms of cocaine hydrochloride per trip over a 1-2 year period. Investigating agents corroborated the KCD's statements in part by obtaining motel records from Houma area motels that reflected that KCD and his associates rented motel rooms on various nights in the Houma area during the applicable timeframe.

In connection with the arrests of several of the cocaine distributors supplied by Talley and Griffin, agents seized numerous cellular telephones. Also, numerous other telephone numbers were identified through the agents investigations of the several cocaine distributors. Analysis of the phone records applicable to these several telephones revealed hundreds of telephone calls between and

among Talley, Griffin and other known cocaine distributors in the Houma area during the timeframe Talley was being supplied multiple kilograms of cocaine hydrochloride from the KCD in Texas and was in turn supplying the Houma area cocaine distributors.

The Government and the defendant, Mark A. Griffin, agree and stipulate that the amount of drugs that the government can prove Griffin distributed or possessed with the intent to distribute for sentencing purposes is between fifteen and fifty kilograms of cocaine hydrochloride.

At trial the Government would introduce the evidence detailed above, the cocaine hydrochloride that was seized as well as the testimony of cooperating witnesses and defendants, co-conspirators and investigating agents.

_____ 7/26/10
William J. Quinlan, Jr.         (date)
Assistant United States Attorney

_____  /11/53
John Thomas                    (date)
Attorney for Defendant

_____ 7/28/10
bar # 15056

_____ 7-28-10
Mark A. Griffin                (date)
Defendant

3