```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
UNITED STATES OF AMERICA                          CRIMINAL ACTION
VS. MARK GRIFFIN                 XXX-XX-4234      10-56  F
                                 (SOC. SEC. NO.)  (CASE NO./SEC.)
                    JUDGMENT AND PROBATION/COMMITMENT ORDER
```

In the presence of the attorney for the government,   Month   Day   Year
the defendant appeared in person on this date --------( NOVEMBER 3, 2010 )
**X WITH COUNSEL**    CHARLES MARSHALL
                      (Name of Counsel)

Court Reporter's Name: TONI TUSA

**PLEA:** X GUILTY, and the court being satisfied    __NOLO CONTENDERE  __NOT GUILTY
that there is a factual basis for the plea.

There being a finding of
( __NOT GUILTY. Defendant is discharged.
( x GUILTY on JULY 20, 2010

The defendant has been convicted as charged of the offense(s) of 21 USC 846, 841 (b)(1)(A), and 851(a) Conspiracy to distribute **5 kilograms of cocaine hydrochloride as charged in Count 1 of the bill of information.**

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 240 months as to count 1. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of ten years as to count 1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall not commit any federal, state, or local crimes, and he shall be prohibited from possessing a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall not possess a controlled substance, shall cooperate in the collection of DNA, and he shall comply with all other standard conditions of supervised release, including the following special conditions: The defendant shall participate in an orientation and life skills program, as directed by the United States Probation Officer. The defendant shall submit to a substance abuse evaluation. If treatment is recommended, the defendant shall participate in an approved treatment program for drug and/or alcohol abuse and abide by all supplemental conditions of treatment, which may include urinalysis testing. Participation may include inpatient/outpatient treatment. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment. While under supervision, the defendant shall submit to random urinalysis testing, as directed by the United States Probation Officer. The defendant shall submit to a mental health evaluation. If treatment is recommended, the defendant shall participate in an approved treatment program and abide by all supplemental conditions of treatment, to include medication as prescribed. Participation may include inpatient/outpatient treatment. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment. The defendant shall pursue his/her GED or vocational training that will equip him/her for suitable employment as approved by the United States Probation Officer. The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused for schooling, training, or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earning Statements, and other documentation requested by the United States Probation Officer.

The defendant does not have the ability to pay a fine and the fine is waived. The defendant is remanded to custody.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $100.00 as to Count(s) 1, for a total assessment of $100.00

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

**SIGNED BY:**
x U.S. District Judge _[signature]_
__ U.S. Magistrate

(Date) November 3, 2010

CERTIFIED AS A TRUE COPY
ON THIS DATE _____

BY: _____
Deputy Clerk

**STANDARD CONDITIONS OF SUPERVISION**

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully, all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least two weeks prior to any change in residence and within seventy-two hours of any change of employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

The court makes the following recommendation to the Bureau of Prisons:

**IT IS ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the U.S. Marshal or other qualified officer.

**RETURN**

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.

United States Marshal

Deputy Marshal