UNITED STATES DISTRICT COU[RT]
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED | AUG 17 2020

CAROL L. MICHEL
CLERK

UNITED STATES OF AMERICA

V.

Criminal No: 10-056 F(5)
Judge: Martin L.C. Feldman

MARK A. GRIFFIN
Defendant.

DEFENDANT's MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. SECTION 3582(c)(1)(A)(i) FOR IMMEDIATE COMPASSIONATE RELEASE DUE TO COVID-19 CIRCUMSTANCES

Mark A. Griffin, by pro se, respectfully moves this Court, pursuant to 18 U.S.C. Section 3582(c)(1)(A)(i), for an order reducing his sentence to time served based on the extraordinary and compelling circumstances that have presented through the COVID-19 pandemic and the risks to Mr. Griffin. Mr. Griffin is currently housed at FCI Hazelton, where he is constantly a medical risk.

He is currently on medication:

TENDERED FOR FILING

AUG 17 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

Eliquis Apixaban 5mg, Albuterol Inhaler, Mometasone Furoate Inhaler, Atorvastatin 20 mg, Phenytoin ER 100mg, Carbamazepine 200 mg, Atenolol 100 mg. Mr. Griffin had to be sent to a outside hospital on April 28, 2020 and again on July 1, 2020 for Blood Clots and breathing problems. These are extraordinary and compelling circumstances that justify a reduction in his custodial sentence. He asks the Court to reduce his sentence to time served, and that he immediately be placed on supervised release, with the condition that he be placed on home confinement for an amount of time that the Court deems appropriate.

Mr. Griffin was sentenced to twenty years for Cocaine Conspiracy which he has served 11 years.

Legal Standards for seeking Compassionate Release under 18 U.S.C. Section 3582(c)(1)(A). Prior to 2018, a district court could only receive a motion for sentence reduction

under 18 U.S.C. Section 3582(c)(1)(A), know as a "Compassionate release," upon a motion from the Warden of the prison where the defendant was being held. The First Step Act of 2018 amended 18 U.S.C. Section 3582(c)(1)(A) to allow district Courts to modify Sentences of imprisonment upon motion by the defendant if "the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." Section 603(b), 132 Stat. 5194, 5239 (codified at 18 U.S.C. Section 3582(c)(1)(A)).

Section 3582(c)(1)(A)(i) authorizes the modification of a sentence of imprisonment if "extraordinary and compelling reasons warrant such reduction" and "such a reduction is consistent with applicable policy statements issued by the Sentencing

Commission," as set out in United States Sentencing Guideline Section 1B1.13. This Court has discretion to reduce the term of imprisonment imposed in this case based on Section 3582(c)(1)(A)(i), which states in relevant part that the Court "may reduce the term of imprisonment imposed in this case based on Section 3582(c)(1)(A)(i), after consideration of the factors set forth in section 3553(a) to the extent they are applicable, if it finds that extraordinary and compelling reasons warrant such a reduction[.]" Pursuant to the requirement of 28 U.S.C. Section 944(t), as authorized by 28 U.S.C. Section 994(a)(2)(c) the Sentencing Commission promulgated a policy statement that sets fourth the criteria for a reduction in sentencing, which, as set forth in U.S.S.G. Section 1B1.13 includes, in relevant part:

(1)(A) extraordinary and compelling reasons warrant the reduction;

(2) the defendant is not a danger to the safety of any other person or to the community, as provided in 18 U.S.C. Section 3142(g); and

(3) the reduction is consistent with this policy statement.

While application note to Section 1B1.13, in interpreting "extraordinary and compelling reasons" focuses on medical and physical conditions, it specifically contemplates that reasons not enumerated in the application note can qualify. App. Note 1(D) to U.S.S.G. Section 1B1.13; see also United States v. Arey, No. 05-cr-29, 2020 WL 2464796 at *4 (W. D. Va. May 13, 2020)(collecting cases and concluding that "the amended Section 3582(c)(1)(A)(i) vests courts with independent discretion to determine whether there are 'extraordinary and compelling reasons' to reduce a sentence").

The compassionate release

statute permits this Court to reduce a defendant's sentence upon consideration of the Section 3553(a) factors, and upon a finding that there are extraordinary and compelling reasons warrant such a reduction. See 18 U.S.C. Section 3582 (c)(1)(A); U.S.S.G. Section 1B1.13. The COVID-19 pandemic is an extraordinary and compelling reason to consider a reduction. For the last several months, COVID-19 has affected every part of the globe and affected all facets of normal daily living. Citizens in the community have made changes to their daily routine and to how they physically interact with others.

The CDC has issued guidance that all individuals take immediate preventative actions to minimize the spread of COVID-19, including avoiding crowded areas and staying home as much as possible. The conditions in prison do not allow for a vulnerable inmate to take the recommended preventive actions and create an ideal environment for the

transmission of contagious disease. Prison life places limitations on their ability to effectively combat this virus. They have little to no control over the way in which their surroundings are cleaned and sterilized. Further, the sanitary conditions are substantially diminished as compared to the average community.

Inmates cycle in and out of prisons from all over, and people who work in the facilities leave and return daily, without effective screening. According to public health experts, incarcerated individuals "are at special risk of infection, given their living situations," and "may also be less able to participate in proactive measures to keep themselves safe;" "infection control is challenging in these settings."

Outbreaks of the flu regularly occur in prisons, and during the H1N1 epidemic in 2009, many jails and prisons dealt with high numbers of cases. In China, officials have

confirmed the coronavirus spreading at a rapid pace in Chinese prisons, counting 500 cases. Secretary of State Mike Pompeo has called for Iran to release Americans detained there because of the "deeply troubling" "[R]eports that COVID-19 has spread to Iranian prisons," noting that "[T]heir detention amid increasingly deteriorating conditions defies basic human decency." Courts across Iran have granted 100,000 inmates, or over half of Iran's total prison population, furlough as part of the measures to contain coronavirus across the country.

The largest U.S. outbreaks of COVID-19 are all tied to jails and prisons. Marion Correctional Institution, just 200 miles away, reported nearly two thousand positive tests, over 75% of the prison population, on April 20, 2020. The New York Times stated that even though four of the ten largest known sources of infection in the country at the time were jails or prisons, "those numbers are most likely a vast undercount,

because [agencies like] the Federal
Bureau of Prisons [] are not testing
everyone who falls ill," Id.
(https://nytimes.com/2020/04/20/us/coronavirus-
live-news.html.) Prisons that have positive
tests are likely to have similar
infection numbers within a few weeks,
regardless of their testing capabilities,
making it nearly impossible for inmates
to avoid even with the distancing
measures that are available to prisons.

The Breau of Prisons in
particular has been in the spotlight
during the month of April for
their handling of the COVID-19
outbreak. On March 31, 2020 due to
the nationwide impact of COVID-19,
the Bureau of Prisons issued a
mandatory 14-day lockdown for all
inmates in all BOP facilities. The
lockdown was later extended to May
18, and then extended again to
June 30. Hazelton FCI is still
on lockdown. But despite this
lockdown, the spread of the virus
has continued. And yet the BOP

does not have the resources to regularly test inmates.

One need only look to FCI Elkton, 100 miles away, to see how COVID-19 can spread within a BOP facility. On April 1, 2020 FCI Elkton reported three inmates had tested positive for COVID-19. Only one day later Woodrow Taylor died of COVID-19, even though his COVID-19 test would not return a positive result until April 3, a day after he died. Since then, eight additional inmates have died of COVID-19 at FCI Elkton. And after a brief lull in the case numbers, over 200 additional inmates have recently tested positive for COVID-19, bringing FCI Elkton's overall case count to nearly one thousand.

Inmates at FCI Elkton filed a class-action habeas action in the Northern District of Ohio on April 13, 2020 (Petition, ECF NO.1, Wilson v. Williams, No. 20-cf-794 (N.D. Ohio, Apr. 13, 2020). On April 22, 2020 Judge James S. Gwin granted a preliminary insuction and

Ordered all medically vulnerable inmates at FCI Elkton to be immediately released to home detention or transferred to another location. Judge Gwin relied heavily on the fact that the number of COVID-19-specific tests at Elkton (only seventy-five for a prison with over 2000 inmates) was woefully inadequate. The Sixth Circuit, while reversing the preliminary injunction, did not disturb Judge Gwin's characterization of the horrors at Elkton, instead agreeing that the objective prong of the Eighth Amendment, which requires that inmates are "incarcerated under conditions posing a substantial risk of serious harm," was "easily satisfied." Mr. Griffin does not need to demonstrate indifference on the part of the BOP in order for this Court to find that there are extraordinary and compelling reasons justifying release.

The situation at FCI Hazelton is grim, Mr. Griffin, like inmates at FCI Elkton during the class-action

lawsuit, has not been tested for COVID-19, nor does he know anybody who has been tested. While temperture checks used to happen multiple times per week, the temperture checks now happen only once every few weeks, despite a confirmed positive test from a staff member. And of course, while the BOP encourging more social distancing than normal, it is still not enough. Mr. Griffin only has a single cloth mask, which he must use repeadly before he has any ability to wash it. He is taken to showers with a group of at least 15 other inmates, and distancing between them is impossible when this occurs.

## Mr. Griffin's Susceptibility to COVID-19 IN Prison

While in BOP custody Mr. Griffin has discovered a number of cardiovascular issues that he is currently working to remediate. As of now Mr. Griffin has a Blood Clot that has repeatedly sent him to an outside

hospital, which can't be treated at this institution. Mr. Griffin finds it hard to walk or stand because he has problems breathing.

And while our understanding of COVID-19 is rapidly evolving, it is becoming increasingly apparent that younger people such as Mr. Griffin are still at risk from COVID-19 due to its cardiovascular risks. Substantial clotting is common, if not expected, among COVID-19 patients, to the point where blood complications are likely the second leading cause of death from COVID-19, just behind respiratory distress. Even otherwise healthy people with COVID-19 have been suffering from severe strokes and other clotting-related ailments wildly inconsistent with their age. One doctor's report of a procedure to remove a clot from an otherwise healthy 44-year-old patient's head showed " new clots forming in real-time" in the patient's head as the procedure progressed.

Many autopsies "have shown some people's lungs fill with hundreds of microclots," including over 70% of

a sample of Chinese patients. (Ning Tang el al., Abnormal Coagluation Parameters Are Associated with Poor Prognosis in Patients with Novel Coronavirus Pneumonia, 18 J. Thrombosis & Haemostasis 844, 845 (2020). On April 17, 2020, a 41-year-old Broadway actor, who was otherwise healthy before being diagnosed with COVID-19, had his right leg amputated after blood clots blocked blood from circulating to his toes. He later died. A Dutch study published April 10, 2020 found that among a group of COVID-19 patients in a single ICU, 31% presented with observable clotting abnormalities. The authors stated that the true incidence was likely higher because some of the patients studied were still hospitalized and thus could develop similar abnormalities. Mr. Griffin is in a fragile state of mind concerning his health. And given that FCI Hazelton is carrying out no testing and only sporadic temperature checks, he has no reliable method of determining whether he has been infected. He will only

likely find out if he starts exhibiting respiratory symptoms or suddenly suffers from a blood clot as described above. But even waiting for Mr. Griffin to test positive for COVID-19 is likely waiting too long. As previously mentioned, Woodrow Taylor, the first inmate to die at FCI Elkton died on April 3, 2020, but his test did not return positive for COVID-19 until April 3, 2020. Of the eight additional inmates who have died at FCI Elkton, at least two others had not tested positive by the time they had died.

Transmission at FCI Hazelton is unlikely to cease until virtually every inmate, including Mr. Griffin is infected. As a result, the only way to minimize Mr. Griffin's risk of severe mental and physical health concerns is to move him out of BOP custody. This Court should therefore conclude that extraordinary and compelling circumstances exist to order Mr. Griffin's release.

Consideration of the Section 3553(a) factors warrant the reduction requested.

Mr. Griffin's family and friends have remained supportive of him through his term of incarceration. He has a place to live upon release, and plans to live with his mother. These facts and circumstances detail that granting the requested reduction will not jeopardize the public safety but that the Section 3553(a) factors support a reduction. Mr. Griffin's continued detention risks exposure to COVID-19 and to potential health risks. Mr. Griffin therefore has a real drastic fear of his health and safety by his continued dentention. Therefore, he is in need of a compassionate release as permitted by 18 U.S.C. Section 3582(c)(1)(A)(i).

In this exceptional circumstance, the exhaustion requirement should be waived.

Under normal circumstances, the 30-day waiting period that is required by Section 3582 for exhaustion is not considered waivable by COVID-19. United States v. Alan, 960 F.3d

831 (6th Cir. 2020). But Mr. Griffin's situation is even more dire than the typical BOP inmate's situation. "Even where exhaustion is seemingly mandated by statute . . . , the requirement is not absolute." Washington v. Barr 925 F.3d 109, 118 (2d Cir. 2019)( citing McCarthy v. Madigan, 503 U.S. 140, 146-47 (1992))

There are three circumstances where failure to exhaust may be excused. "First, exhaustion may be unnecessary where it would be futile, either because agency decision-makers are biased or because the agency has already determined the issue." Id. Second, "exhaustion may be unnecessary where the administrative process would be incapable of granting adequate relief." Id. at 119. Third "exhaustion may be unnecessary where pursuing agency review would subject plaintiff's to undue prejudice." Id. Often times here at FCI Hazelton paper work filed dissappears, as well as dilatory tactics, that are capriciously used to the benefit of

the institution.

All three of these exceptions apply here. "[U]ndue delay, if it in fact results in catastrophic health consequences, could make exhaustion futile. Moreover, the relief the agency might provide could, because of undue delay, become inadequate. Finally, and obviously, [they] could be unduly prejudiced by such delay." Washington, 925 F.3d at 120-21; See also Bowen v. City of New York, 476 U.S. 467, 483 (1986)(holding that irreparable injury justifying the waiver of exhaustion requirements exists where "the ordeal of having to go through administrative process may trigger a severe medical setback" (internal quotation marks, citation, and alterations omitted)); Abbey v. Sullivan, 978 F.2d 37, 46 (2d Cir. 1992)(" [I]f the delay attending exhaustion would subject claimants to deteriorating health . . . then waiver may be appropriate."); New York v. Sullivan, 906 F.2d 910, 918 (2d Cir. 1990)(holding that waiver was appropriate where "enforcement

of the exhaustion requirement would cause the claimants "irreparable injury" by risking "deteriorating health, and possibly even ... death").

Here, even a few weeks delay carries a risk of catastrophic health consequences for Mr. Griffin, beyond and above COVID-19. In United States v. Perez, NO 1:17-CR-00513, Dkt. 98 (S.D.N.Y., April 1, 2020), the district court waived the exhaustion requirement in a compassionate release motion for COVID-19 related reasons. "Courts should be flexible in determining whether exhaustion should be excused," Pavano v. Shalala, 95 F.3d 147, (2d Cir. 1996), and "[t]he ultimate decision of whether to waive exhaustion ... should also be guided by the policies underlying the exhaustion requirement." Bowen, 476 U.S. at 484.

Further, waiving the exhaustion in this case is consistent with the compassionate release statute. The provision allowing defendants to bring motions under Section 3582(c)(1)(A)

was added by the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (2018), in order to "increase[c] the use of transparency of compassionate release." 132 Stat. 5239. Requiring exhaustion generally furthers that purpose, because the Bureau of Prisons is normally best situated to understand an inmate's health and circumstances relative to the rest of the prison population and identify "extraordinary and compelling reasons" for release. 18 U.S.C. Section 3582(c)(1)(A)(i). In Mr. Griffin's case, however, administrative exhaustion would defeat, not further, the policies underlying Section 3582(c). Here, delaying release runs the risk of Mr. Griffin suffering great physical harm. Therefore, he request this Court waive the exhaustion requirement.

# CONCLUSION

For the foregoing reasons, Mr. Griffin prays this Court grant him a compassionate release as

permitted by 18 U.S.C. Section 3582(c)(1)(A)(i). These circumstances demonstrate extraordinary and compelling circumstances to justify a reduction in his custodial sentence. He asks this Court to reduce his sentence to time served and that he immediately be placed on supervised release, with the condition that he be placed on home confinement as the Court deems appropriate. I pray this Court can find some compassion, which can't be gotten here at FCI Hazelton.

Respectfully Submitted

Mark Griffin

MARK Griffin 24227-034
Federal Correctional
INStitution-Hazelton
P. O. Box 5000
Bruceton Mills, WV 26525

Date- August 12, 2020.

# MOTION FOR EXCESS PAGES

Comes Now the Petitioner, Mark A. Griffin, and hereby respectfully moves the Court for leave to file "excess pages" based on the following:

1. With the filing to reduce sentence pursuant to 18 U.S.C. Section 3582 (c)(1)(A)(i) for immediate compassionate release due to COVID-19 circumstances.

2. With the COVID-19 pandemic to fully explain the matter at hand, and to fully discuss the issues raised therein.

Wherefore the petitioner respectfully moves this Court to grant Petitioner's motion for excess pages.

Respectfully Submitted

Mark Griffin

: DATE: August 12, 2020.

Mark Griffin 29227-034
FCI-Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

TENDERED FOR FILING

AUG 17 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1 of 1

# CERTIFICATE OF SERVICE

I, Mark A. Griffin a pro se litigant hereby file this motion by mail. Accordingly, I hereby certify declare to mailing a true and correct copy of this motion by delivering same to prison authorities by U.S.P.S. First Class mail postage prepaid and properly addressed to the below parties pursuant to 28 U.S.C. Section 1746 and pursuant to the "prison mailbox" rule Houston v. Lack 487 U.S. 273-76 (1988). This the 12th day of August, 2020.

Clerk of the Court
US. District Court for Louisiana, Eastern Division
US. Court House 500 Poydras Street
New Orleans, LA 70130
and to
the Counsel for the Government will be noticed via ECF System, as the Petitioner is indigent.

Would you please send me a docket sheet upon receipt of this. Thank you

1 OF 1

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: GRIFFIN, MARK ANTHONY | | Reg #: 24227-034 |
| Date of Birth: 02/23/1976 | Sex: M Race: BLACK | Facility: HAF |
| Encounter Date: 12/16/2019 13:07 | Provider: Adams, Emmanuel MD | Unit: L08 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Adams, Emmanuel MD

**Chief Complaint:** Chronic Care Clinic

**Subjective:** Patient seen for CCC. He has a PMH of tachycardia (ddx includes POTS), HTN, arthropathy (right shoulder), seizure disorder, asthma, prediabetes and HLD. Last seizure was in 2018 after surgery when he came out of anesthesia.

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Pain:** Not Applicable

**COMPLAINT 2**     **Provider:** Adams, Emmanuel MD

**Chief Complaint:** CARDIAC

**Subjective:** DIAGNOSIS: Tachycardia (Postural Orthostatic Tachycardia Syndrome) | NYHA II
SYMPTOMS: DOE with 1 block (intolerance of exercise). Lightheadedness, fatigue and photopsia when standing too quickly. Symptoms worsen when he takes hot showers. Reported that he has been on Atenolol for 10 years. Didn't take his Atenolol this morning. He was last seen by Cardiology at UMC, New Orleans, LA

MEDICATIONS: Atenolol 100 mg PO daily

STUDIES: EKG 11/18/19 NSR

PLAN:
Enrolled in Cardiac CCC
Concern for Postural Orthostatic Tachycardia Syndrome (POTS) - Lightheadedness, fatigue, photopsia, worsening of symptoms with hot showers and intolerance of exercise
TSH/T4 wnl
Request records from UMC (New Orleans, LA)
Updated EKG today (while off Atenolol)
Place consult for cardiology for tilt table testing - may need electrophysiology in the future
Continue with Atenolol 100 mg PO daily
Stay hydrated throughout the day
Avoid diuretics
Continue with lower bunk - fall risk
Return to CC in 1 year

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Pain:** Not Applicable

**COMPLAINT 3**     **Provider:** Adams, Emmanuel MD

**Chief Complaint:** HYPERTENSION

**Subjective:** DIAGNOSIS: Hypertension
SYMPTOMS: DOE walking 1 block. Lightheadedness, fatigue and photopsia when standing too quickly

MEDICATIONS:
Atenolol 100 mg PO daily

Labs: 11/18/19

ECG: 11/18/19 NSR
Fundoscopic exam: pending
CXR: pending

PLAN:
Yearly dilated eye exam
Monitor renal function
Advise to drink adequate fluids throughout the day
Continue with current regimen
Limit use with diuretic in setting concerning for POTS
F/u at sick call as needed (sick call request)
Return to clinic in 1 year

Patient allergies reviewed and updates applied during this visit if indicated. See Chart:
Allergies for most recent patient allergy list.

**Pain:**      Not Applicable

---

**COMPLAINT 4**          **Provider:** Adams, Emmanuel MD

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:**   DIAGNOSIS: Arthropathy
SYMPTOMS: Right shoulder pain. Reported he injured his right shoulder in a fight in his cell -
resulting in a torn bicep and rotator cuff tear. S/p corrective surgery he continues to c/o pain.
ROM intact

MEDICATIONS:
Tegretol 200 mg PO bid
Mobic 15 mg PO daily

Imaging: none on file

CONSULT: none

PLAN:
Consult for orthopedist in BEMR
Order x-ray of right shoulder (pending)
Continue with NSAIDs and Tegretol
Pain contract for Tegretol signed at today's visit
Monitor renal function
F/u at sick call as needed
Return to CC in 1 year

Patient allergies reviewed and updates applied during this visit if indicated. See Chart:
Allergies for most recent patient allergy list.

**Pain:**      Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 12/16/2019 13:56 |
| **Location:** | Shoulder-Right |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 6 |
| **Intervention:** | X-ray & Ortho consult |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1 Year |

*Griffin, Mark #21227-031*

# FCI HAZELTON
## ER Visit on 4/29/2020

**J.R. Knotts**
**Health Information Technician**
**FCC Hazelton**

MRN: E3211328

**Labus, Andrea, MD**
Physician
MEDICINE 2
**Addendum**

Discharge Summary
Addendum

Date of Service: 04/30/20 1221

## Ruby Memorial Hospital
## DISCHARGE SUMMARY

**PATIENT NAME:** Griffin, Mark
**MRN:** E3211328
**DOB:** 2/23/1976

**ENCOUNTER DATE:** 4/29/2020
**INPATIENT ADMISSION DATE:**
**DISCHARGE DATE:** 4/30/2020

**ATTENDING PHYSICIAN:** Labus, Andrea, MD
**SERVICE:** MEDICINE 2
**PRIMARY CARE PHYSICIAN:** No Pcp

Has PCP been verified with patient and updated? Yes

**LAY CAREGIVER:** , ,

*Reviewed*
*J. Resh/CP*
*5/6/2020*

J. Resh, CRNP
Nurse Practitioner
FCC Hazelton

**PRIMARY DISCHARGE DIAGNOSIS:** Chest pain
Active Hospital Problems

| Diagnosis | Date Noted |
|---|---|
| • Principle Problem: Chest pain [R07.9] | 04/29/2020 |
| • Encounter for HCV screening test for high risk patient [Z11.59, Z91.89] | 04/29/2020 |
| • Asthma [J45.909] | 04/29/2020 |
| • POTS (postural orthostatic tachycardia syndrome) [R00.0, I95.1] | 04/29/2020 |
| • Seizure disorder (CMS HCC) [G40.909] | 04/29/2020 |
| • Hyperlipidemia [E78.5] | 04/29/2020 |

Resolved Hospital Problems
No resolved problems to display.

There are no active non-hospital problems to display for this patient.

**DISCHARGE MEDICATIONS:**

**Current Discharge Medication List**

**START taking these medications.**

Details

FAX

MAY ... ...

RECEIVED

|  | Details |
|---|---|
| **\* apixaban** 5 mg Tablet<br>Commonly known as: ELIQUIS | 10 mg, Oral, 2 TIMES DAILY<br>Qty  26 Tab<br>Refills  0 |
| **\* apixaban** 5 mg Tablet<br>Commonly known as: ELIQUIS<br>Start taking on: **May 7, 2020** | 5 mg, Oral, 2 TIMES DAILY<br>Qty  90 Tab<br>Refills  1 |

🔴 **\* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

**CONTINUE these medications - NO CHANGES were made during your visit.**

|  | Details |
|---|---|
| **albuterol sulfate** 90 mcg/actuation HFA Aerosol Inhaler<br>Commonly known as:  PROVENTIL or VENTOLIN or PROAIR | 2 Puffs, Inhalation, 4 TIMES DAILY PRN<br>Refills  0 |
| **atenoloL** 100 mg Tablet<br>Commonly known as:  TENORMIN | 100 mg, Oral, DAILY<br>Refills  0 |
| **atorvastatin** 20 mg Tablet<br>Commonly known as:  LIPITOR | 20 mg, Oral, EVERY EVENING<br>Refills  0 |
| **carBAMazepine** 200 mg Tablet<br>Commonly known as:  TEGRETOL | 200 mg, Oral, 2 TIMES DAILY<br>Refills  0 |
| **meloxicam** 15 mg Tablet<br>Commonly known as:  MOBIC | 15 mg, Oral, DAILY<br>Refills  0 |
| **Mometasone** 220 mcg/ actuation (120) Aerosol Powdr Breath Activated | 220 mcg, Inhalation, 2 TIMES DAILY<br>Refills  0 |
| **phenytoin sodium extended release** 100 mg Capsule<br>Commonly known as:  DILANTIN | 300 mg, Oral, NIGHTLY<br>Refills  0 |

Discharge med list refreshed?  YES

During this hospitalization did the patient have an AMI, PCI/PCTA, STENT or Isolated CABG?  No

**ALLERGIES:**
Allergies
Allergen
• Ibuprofen

Reactions
Anaphylaxis

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GRIFFIN, MARK ANTHONY | | | Reg #: | 24227-034 |
| Date of Birth: | 02/23/1976 | Sex: | M    Race:BLACK | Facility: | HAZ |
| Note Date: | 05/06/2020 09:52 | Provider: | Resh, J. CRNP | Unit: | E02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1        Provider:** Resh, J. CRNP

reviewed discharge instructions, inmate needs a cbc to monitor for anemia due to addition of anticoagulant to his medication regimen.

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 08/05/2020 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| **Labs requested to be reviewed by:** | Adams, Emmanuel MD | | |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Resh, J. CRNP on 05/06/2020 09:54

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: GRIFFIN, MARK ANTHONY | | | Reg #: 24227-034 |
| Date of Birth: 02/23/1976 | Sex: M Race: BLACK | | Facility: HAZ |
| Encounter Date: 05/01/2020 11:52 | Provider: Mims, Gregory MD/CD | | Unit: E02 |

Physician - Medical Trip Return encounter performed at Housing Unit.

## SUBJECTIVE:

**COMPLAINT 1**        **Provider:** Mims, Gregory MD/CD

**Chief Complaint:** Medical Trip Return

**Subjective:**    DATE OF ADMISSION: 04/29/20
DATE OF RETURN: 04/30/20
MEDICAL FACILITY: WVU Ruby Memorial Hospital

DISCHARGE DIAGNOSIS: Chest pain, LLE DVT, Asthma, POTS (postural orthostatic tachycardia syndrome), seizure d/o, hyperlipidemia
CURRENT SYMPTOMS: He still feels fatigued and has shortness of breath. His leg is not causing much discomfort.

DISCHARGE SUMMARY:
Scanned into document manager

DISCHARGE INSTRUCTIONS:
Scanned into document manager

NEW MEDICATIONS:
Apixaban 10mg BID x 14 days, then 5mg BID x 3 months

DISCONTINUED MEDICATIONS:
None

CONTINUED MEDICATIONS
WITH CHANGES:
None

WITHOUT CHANGES:
Albuterol HFA prn
Atenolol 100mg QD
Atorvastatin 20mg qHS
Carbamazepine 200mg BID
Meloxicam 15mg QD
Mometasone 220mcg/act 1 inhalation BID
Dilantin 300mg qPM

HOSPITAL PROCEDURES:
None

HOSPITAL STUDIES/IMAGING:
LLE duplex ultrasound

FOLLOW UP VISIT / CONSULT REQUEST:
See BOP Physician today
WVU Cardiology outpatient MPS study to rule out ischemic cause of chest pain
WVU Cardiology due to h/o POTS and pending results of MPS study

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Pain:**    Not Applicable

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GRIFFIN, MARK ANTHONY | | | | Reg #: | 24227-034 |
| Date of Birth: | 02/23/1976 | | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/04/2020 07:53 | | | | Facility: | HAZ |

**Amendment made to this note by Shortt-Tucker, S. NP on 05/04/2020 07:54.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GRIFFIN, MARK ANTHONY | | | | Reg #: | 24227-034 |
| Date of Birth: | 02/23/1976 | Sex: | M | Race: BLACK | Facility: | HAZ |
| Note Date: | 05/01/2020 07:41 | Provider: | Shortt-Tucker, S. NP | | Unit: | E02 |

Admin Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:**  Shortt-Tucker, S. NP

Mr Griffin went to hospital for chest pain. Was discharged on 4/30 20. Active hospital diagnosis was CHest Pain, Asthma, POTS, Seizures, and hyperlipidemia. He will be on Eloquis. 10mg BID till May 7, then 5mg BID with one refill. Was SOB on admission to hospital, as well as having non radiating, sharp chest pain. He was negative for a PE, but was positive for a DVT in LLE. Will need F/U CBC in about one week. Patient already has Cardiac Follow up appt. He will be on Eloquis for 3 months.

**ASSESSMENTS:**

Acute embolism and thrombosis of vein, I8290 - Current

**New Medication Orders:**

| Rx# | Medication | | | Order Date |
|---|---|---|---|---|
| | Apixaban Oral Tablet | | | 05/01/2020 07:41 |
| | **Prescriber Order:** | 10mg Orally - Two Times a Day x 6 day(s) -- thru May 6th, 2020 | | |
| | **Indication:** Acute embolism and thrombosis of vein | | | |
| | Apixaban Oral Tablet | | | 05/01/2020 07:41 |
| | **Prescriber Order:** | 5mg Orally - Two Times a Day x 90 day(s) -- after the 10mg BID doses end. Start on May 7, 2020. | | |
| | **Indication:** Acute embolism and thrombosis of vein | | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-CBC w/diff | One Time | 05/07/2020 00:00 | Routine |
| **Additional Information:** | | | |
| follow up after hospitalization. | | | |
| **Labs requested to be reviewed by:** | Mims, Gregory MD/CD | | |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Shortt-Tucker, S. NP on 05/01/2020 08:03

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GRIFFIN, MARK ANTHONY | | | Reg #: | 24227-034 |
| Date of Birth: | 02/23/1976 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/27/2020 14:40 | Provider: | Armel, Amy PA-C | Facility: | HAF |

**Reviewed by Mims, Gregory MD/CD on 05/28/2020 14:17.**

**Exam:**

### Cardiovascular

**Observation**

Yes: Within Normal Limits

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

### Exam Comments

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

### ASSESSMENT:

Chronic embolism and thrombosis of vein, I8291 - Current - *LLE*

Tachycardia, unspecified, R000 - Resolved

### PLAN:

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

Discussed that indicated to continue medication for seizures and if marked concern would have been previously discontinued.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/28/2020 | Counseling | Access to Care | Armel, Amy | Verbalizes Understanding |
| 05/28/2020 | Counseling | Plan of Care | Armel, Amy | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Armel, Amy PA-C on 05/28/2020 13:14

Requested to be reviewed by  Mims, Gregory MD/CD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GRIFFIN, MARK ANTHONY | | | Reg #: | 24227-034 |
| Date of Birth: | 02/23/1976 | Sex: | M    Race: BLACK | Facility: | HAZ |
| Note Date: | 05/01/2020 07:41 | Provider: | Shortt-Tucker, S. NP | Unit: | E02 |

Admin Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**        **Provider:** Shortt-Tucker, S. NP

Mr Griffin went to hospital for chest pain. Was discharged on 4/30 20. Active hospital diagnosis was CHest Pain, Asthma, POTS, Seizures, and hyperlipidemia. He will be on Eloquis. 10mg BID till May 7, then 5mg BID with one refill. Was SOB on admission to hospital, as well as having non radiating, sharp chest pain. He was negative for a PE, but was positive for a DVT in LLE.Will need F/U CBC in about one week. Patient already has Cardiac Follow up appt. He will be on Eloquis for 3 months.

## ASSESSMENTS:

Acute embolism and thrombosis of vein, I8290 - Current

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Apixaban Oral Tablet | | 05/01/2020 07:41 |
| | **Prescriber Order:** | 10mg Orally - Two Times a Day x 6 day(s) -- thru May 6th, 2020 | |
| | **Indication:** Acute embolism and thrombosis of vein | | |
| | Apixaban Oral Tablet | | 05/01/2020 07:41 |
| | **Prescriber Order:** | 5mg Orally - Two Times a Day x 90 day(s) -- after the 10mg BID doses end. Start on May 7, 2020. | |
| | **Indication:** Acute embolism and thrombosis of vein | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-CBC w/diff | One Time | 05/07/2020 00:00 | Routine |
| **Additional Information:** | | | |
| follow up after hospitalization. | | | |
| **Labs requested to be reviewed by:** | Mims, Gregory MD/CD | | |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Shortt-Tucker, S. NP on 05/01/2020 08:03

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GRIFFIN, MARK ANTHONY | | | Reg #: | 24227-034 |
| Date of Birth: | 02/23/1976 | Sex: | M     Race: BLACK | Facility: | HAZ |
| Note Date: | 05/04/2020 07:53 | Provider: | Shortt-Tucker, S. NP | Unit: | E02 |

Admin Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Shortt-Tucker, S. NP

Mr Griffin went to hospital for chest pain. Was discharged on 4/30 20. Active hospital diagnosis was CHest Pain, Asthma, POTS, Seizures, and hyperlipidemia. He will be on Eloquis. 10mg BID till May 7, then 5mg BID with one refill. Was SOB on admission to hospital, as well as having non radiating, sharp chest pain. He was negative for a PE, but was positive for a DVT in LLE.Will need F/U CBC in about one week. Patient already has Cardiac Follow up appt. He will be on Eloquis for 3 months.

**ASSESSMENTS:**

Acute embolism and thrombosis of vein, I8290 - Current

**Discontinued Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| *386997-HAX* | *Meloxicam 15 MG Tab* | *05/04/2020 07:53* |

        **Prescriber Order:**   *Take one tablet (15 MG) by mouth each day "Chronic Care Verified"*

        **Discontinue Type:**   *When Pharmacy Processes*

        **Discontinue Reason:** *discontinue*

        **Indication:**

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Shortt-Tucker, S. NP on 05/04/2020 07:54

## Exam:

No: Appears Well

### Pulmonary

#### Observation/Inspection

Yes: Tachypnea, Accessory Muscle Use

No: Stridor

#### Auscultation

Yes: Clear to Auscultation

No: Rhonchi, Wheezing, Diminished Breath Sounds, Absent Breath Sounds

### Cardiovascular

#### Observation

Yes: Within Normal Limits

#### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

### Peripheral Vascular

#### General

Yes: Within Normal Limits

No: Non-Pitting Edema, Pitting Edema

### Exam Comments

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## ASSESSMENT:

Chronic embolism and thrombosis of vein, I8291 - Current - *LLE*

Unspecified abnormalities of breathing, R069 - Current - *tachypnea*

## PLAN:

### Disposition:

Transfer to Local Hospital

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/01/2020 | Counseling | Access to Care | Armel, Amy | Verbalizes Understanding |
| 07/01/2020 | Counseling | Plan of Care | Armel, Amy | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Armel, Amy PA-C on 07/01/2020 11:11

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GRIFFIN, MARK ANTHONY | | Reg #: | 24227-034 |
| Date of Birth: | 02/23/1976 | Sex: M Race: BLACK | Facility: | HAF |
| Note Date: | 07/01/2020 10:09 | Provider: Mims, Gregory MD/CD | Unit: | L08 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Mims, Gregory MD/CD

I discussed this case with nurse Hileman over the phone. I spoke with the patient via speaker phone. The patient remained determined to refuse my recommendation to go to the hospital. I explained the significant risk based on his current situation. He stated that he was making an informed decision and would sign the refusal papers. He agreed to see a clinician in the morning.

**ASSESSMENTS:**

Unspecified abnormalities of breathing, R069 - Current

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Mims, Gregory MD/CD on 07/01/2020 10:14

Requested to be reviewed by Armel, Amy PA-C.

Review documentation will be displayed on the following page.

Respiratory: mild    shortness of breath,  no     cough, no     orthopnea,  no     wheezing,

Cardiovascular: no     chest pain,  no     palpitation, no     edema

Gastrointestinal: no     nausea,  no     vomiting, no     diarrhea,  no  Abdominal pain

Genitourinary: no     dysuria,  no     hematuria, no     discharge,  no     pain

Musculoskeletal: no     back pain,  no     trauma

Neurologic: no     headache,  no     dizziness,  no     numbness,  no     weakness

Psychiatric: no     sleeping problems,  no     irritability,  no     mood swings / depression


 Additional ROS Info: Except as noted in the above Review of Systems and in the History of Present Illness, all other systems have been reviewed and are negative or noncontributory.


Physical Exam




General: alert, no acute distress

Skin: warm, dry

Head: no trauma, normocephalic

Neck: trachea midline, no adenopathy, no tenderness

Eye: normal conjunctiva, sclera clear

Cardiovascular: regular rate and rhythm, normal peripheral perfusion, negative edema bilateral lower extremities.

Respiratory:  lungs CTA, respirations non-labored

Chest wall: no deformity

Gastrointestinal: soft, non distended, no tenderness, no guarding

Extremities: no deformity, no trauma

Neurological: oriented x4, LOC appropriate for age, CN II-XII intact, motor strength equal and normally bilaterally, speech normal

Psychiatric: cooperative, affect appropriate for age, normal judgement, normal psychiatric thoughts

Medical Decision Making

Patient who was diagnosed with DVT in April presents with complaint of shortness of breath. Basic diagnostic labs and imaging studies will be obtained to rule out acute process. Patient to be monitored closely. Patient be treated accordingly.

ADMINISTRATIVE NOTE  **2**          Provider:  Armel, Amy PA-C

1511:

Patient diagnostic labs are relatively normal. CBC and chemistry panel within normal limits. Troponin less than 0.015. CT of the chest negative for PE. Despite patient's negative or benign work-up, patient would benefit from hospitalization for further assessment of shortness of breath and left arm pain. Patient will be administered aspirin and nitroglycerin will be applied to the chest wall. Patient be admitted to the hospital since she has never had a cardiac work-up including never having a stress test or echocardiogram. Lindsy Rush PA-C was consulted and agrees to admit to the hospital for further assessment.

Reexamination/Reevaluation

1500:

Patient resting comfortably currently.

Assessment/Plan

Ordered:

Cardiac Monitor

Cardiac Troponin I, HS

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: GRIFFIN, MARK ANTHONY | | | Reg #: 24227-034 |
| Date of Birth: 02/23/1976 | Sex: M | Race: BLACK | Facility: HAZ |
| Encounter Date: 07/03/2020 17:01 | Provider: Hoover, Michael NRP | | Unit: E02 |

EMT/Para - Medical Trip Return encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**    Provider: Hoover, Michael NRP

Chief Complaint: Medical Trip Return

Subjective: inmate notified H/S staff doing evening pill line that he had returned from the hospital doing the night and needed his meds.

**Pain:** No

**OBJECTIVE:**

**ASSESSMENT:**

Other

Inmate Griffin advised staff that he did no have his "blood thinners' doing evening pill line. Staff was able to locate trip paper work and verify his dose. on call notify and meds pulled from pharmacy. Inmate was advised that the rest of his self carry meds would be given to him when they were filled by pharmacy. Inmate also to be seen by a doctor on Monday.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/03/2020 | Counseling | Access to Care | Hoover, Michael | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hoover, Michael NRP on 07/03/2020 17:08

Requested to be cosigned by Mims, Gregory MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GRIFFIN, MARK ANTHONY | | | Reg #: | 24227-034 |
| Date of Birth: | 02/23/1976 | Sex: | M   Race: BLACK | Facility: | HAZ |
| Note Date: | 07/06/2020 09:23 | Provider: | Mims, Gregory MD/CD | Unit: | E02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**       Provider:   Mims, Gregory MD/CD
    Hospital Return orders albuterol and apixaban.


**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Apixaban Oral Tablet | 07/06/2020 09:23 |

    **Prescriber Order:**      5mg Orally  -  Two Times a Day PRN x 3 day(s) Pill Line Only
    Indication:  Chronic embolism and thrombosis of vein
    Start Now:  Yes
        Night Stock Rx#:   397993-HAX
        Source:  Night Stock
        Admin Method:  Pill Line
        Stop Date:  07/09/2020 09:22
        MAR Label:  5mg Orally  -  Two Times a Day PRN x 3 day(s) Pill Line Only
        One Time Dose Given:  No

| | | |
|---|---|---|
| | Albuterol Inhaler HFA ) 90 MCG/ACT | 07/06/2020 09:23 |

    **Prescriber Order:**      2 puffs Orally  -four times a day PRN x 30 day(s) -- for shortness of breath
                                and/or wheezing.
    Indication:  Asthma
    Start Now:  Yes
        Night Stock Rx#:   393242-hax
        Source:  Night Stock
        Admin Method:   Self Administration
        Stop Date:
        MAR Label:  2 puffs Orally  -four times a day PRN x 30 day(s) -- for shortness of breath and/or
                        wheezing.
        One Time Dose Given:  No

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Mims, Gregory MD/CD on 07/06/2020 09:26

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/30/2020 | Counseling | Access to Care | Hileman, Gary | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hileman, Gary RN on 06/30/2020 22:42

Requested to be cosigned by Mims, Gregory MD/CD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Armel, Amy PA-C.

Review documentation will be displayed on the following page.

**Exam:**

**Eyes**

**General**

Yes: PERRLA

**Lips**

**General**

Yes: Within Normal Limits

**Mouth**

**Gums**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Tachypnea

No: Nasal Flaring

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

Yes: Regular Rhythm, Tachycardia

No: Within Normal Limits, Normal Rate

**ASSESSMENT:**

Shortness of Breath

INMATE WAS CALLED TO HEALTH SERVICE FOR EKG AND POSSIBLE ADMINISTRATION OF FLUIDS IF INMATE PRESENTED TACHYCARDIC, PER VO MPL ARMEL. EKG WAS COMPLETED. EKG MACHINE READING SHOWED TACHYCARDIA AT 116/MIN. BLOOD PRESSURE WNL. INMATE'S RESPIRATIONS WERE 42 PER MINUTE. HE STATES THIS HAS BEEN RECENT EVENT. INMATE ALSO STATES DIZZINESS WHEN STANDING AND SOB. BILATERAL LUNG SOUNDS CLEAR IN ALL FIELDS. O2 SATS 98%. OXYGEN VIA N/C PLACED AT 2L. INMATE DENIES CHEST PAIN. INMATE WAS DIAGNOSE WITH LEFT LOWER LEG DVT 4/28/20. IV #20 WAS PLACED IN RIGHT AC. NSS 1000ML INFUSING AT 250CC/HR. DR. MIMS CALLED AND ADVISED. VO TO HAVE INMATE TRANSFERRED TO WVU HOSPITAL VIA ALS AMBULANCE. INMATE ADVISED THAT HE WAS TO BE TRANSFERRED TO HOSPITAL, AT THIS TIME INMATE STATES HE REFUSES TO GO. INMATE EXPLAINED THE MEDICAL COMPLICATIONS OF HIS PRESENT HEALTH, AND WHY GOING TO A HOSPITAL WAS NECESSARY. INMATE STATES HE REFUSES TO GO, AND HE WILL WAIT TO SEE A DOCTOR HERE TOMORROW MORNING. DR. MIM CALLED AND ADVISED INMATE REFUSES MEDICAL TRANSPORT TO HOSPITAL. INMATE WAS PLACED ON SPEAKER PHONE FOR DR. MIMS TO EXPLAIN IN DETAIL WHY HE NEEDED TO BE TAKEN TO A HOSPITAL. INMATE WAS TOLD HE COULD HAVE A STROKE, COMA, HEART FAILURE, AND DEATH. INMATE STATES HE UNDERSTANDS, BUT STATES HE REFUSES TO GO. DR. MIMS ADVISED INMATE IF INCREASED SOB TONIGHT NOTIFY HOUSING OFFICER IMMEDIATELY. INMATE SIGNED REFUSAL FORM AND WAS WITNESS BY 2 OPS. LT.'S AND THIS WRITER. IV AND O2 WERE D/C AT 2215hrs. INMATE WAS RETURNED TO HOUSING UNIT VIA W/C.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

To be Evaluated by Provider

Return Immediately if Condition Worsens

Follow-up in 8-12 Hours

/VANN GRIFFIN etan. cc7
Federal Correctional
Institution-Hazelton
P.O. Box 5000
Bruceton Mills, WV. 26525

LEGAL MAIL

CLERK OF THE COURT
U.S. District Court for Louisiana, Eastern Division
U.S. Courthouse 500 Poydras Street
New Orleans, LA 70130