February 2, 2021

Honorable Judge Martin L.C. Felder
United States District Court for
 the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: United States v. Mark A. Griffin, Crim. No. 10-056

Dear Honorable Judge Felder:

My name is Mark Griffin, Federal Register Number 24227-034, and I am currently serving a 20 year term of imprisonment. I am currently housed at Federal Correctional Institution Hazelton in Bruceton Mills, West Virginia. A few months ago, I filed a petition for compassionate release, which was denied without prejudice because I failed to exhaust my administrative remedies. I have underlying medical ailments/conditions that puts me at serious risk of death. I have blood clots, asthma, high blood pressure, and seizures. I am currently on the following medication: Eliquis Apixaban 5mg; Albuterol Inhaler; Mometasone Furoate Inhaler; Atrorvastatin 20mg; Phenytoin ER 100mg; Carbamazepine 200mg; and Atenolol 100mg. I had to be sent to an outside hospital twice - on April 28, 2020, and again on July 1, 2020, for blood clots and breathing problems.

Since the outbreak of the COVID-19 pandemic, this institution has failed to take any safety precautions to prevent the spread of COVID-19. Over the last few months, COVID-19 has spread like a wildfire throughout the institution, my housing unit, and the entire Hazelton complex. The institution and entire complex has been locked down repeatedly for quarantine and, during these periods of quarantine, inmates were contracting COVID-19. For example, the institution was locked down for quarantine on November 19, 2020, to December 7, 2020. On December 2, 2020, an officer working my housing unit refused to wear a mask. He stated that his girlfriend had COVID-19 and he was with her and he doesn't see the need to wear a mask. On December 7, 2020, when the quarantine was lifted, several inmates in my housing unit tested positive for COVID-19. How is that possible? Because the officers and other staff refuse to wear a mask. Almost on every shift, there are officers and other staff that refuse to wear mask. Their selfishness and reckless behavior increases the risk of me contracting COVID-19 and possibly dying. Recently, several inmates have been taken to the hospital out of my housing unit. One of them is in serious condition and had to be transferred to a medical facility. Another inmate named George Adams, Federal Register Number 12021-007, died on

on or about January 22, 2021. He was only in my housing unit because he and his cellmate were being quarantined. My housing unit has been used to quarantine new arrivals and inmates that tested positive for COVID-19. All the inmates that test positive are right in the housing unit with me and other inmates that are COVID-19 free and well. The administration does not care about my safety and well-being nor the other inmates. There are 2 housing units -- N3 and N4 - that are completely empty and that could have been utilized instead.

The COVID-19 pandemic is an extraordinary and compelling reason to consider and grant me a compassionate release. COVID-19 has affected every aspect of life worldwide forcing people to change the way they live their normal life. The CDC has issued guidelines that all individuals should take to prevent the spread of COVID-19. The conditions in prison make it impossible to follow the CDC guidelines because it places limitations on inmates to effective combat this virus where we are in a tinderbox where COVID-19 is running wild. This is so because of the recklessness of the officers and staff here. COVID-19 with my underlying medical conditions increase my risk of death, which studies have shown affect people with respiratory issues and conditions that I have. Though I was sentenced to 20 years, I was not sentenced to death. If I contract COVID-19, then I strongly believe that I will die in prison. Now, there are multiple variants of COVID-19 that are 30% to 70% more contagious and more deadlier than the current dominant strain. Experts believe that the situation will only get worse before it gets better.

I respectfully request this Honorable Court to grant me a compassionate release or any relief possible because my pre-existing health conditions in combination with the increased risks of COVID-19 in prison constitutes extraordinary and compelling reasons warranting relief. It is my sincerest hope that this Honorable Court grant my request for compassionate release or any relief because my life is in danger.

Respectfully submitted,

Mark G.

Mark Griffin
Fed. Reg. No. 24227-034
F.C.I. Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525