# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 9, 2021
Lyle W. Cayce
Clerk

No. 21-30218

United States of America,

*Plaintiff—Appellee,*

versus

Mark A. Griffin,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CR-56-1

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of June 9, 2021, for want of prosecution. The appellant failed to timely pay the filing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Whitney M. Jett, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jun 09, 2021**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**